UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARQUE D. FRICKS, | ) | No. CV 09-04901 MMM (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DOMINGO UBRIE, JR., | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 30, 2010

_____
MARGARET M. MORROW
United States District Judge